AMERICAN BEVERAGES CONSERVATION, INC., Respondent, *v.* AL HELLER et al., Appellants, and MARY C. BENNETT, Respondent.

(Argued May 11, 1931; decided May 22, 1931.)

*Nathan Siegel, Jr.,* and *Norbert Ruttenberg* for appellants.
*Harry C. Kayser* for appellant-respondent.

Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.